IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CATHERINE K. KING, et al., | ) | CV. 01-00380HG-LEK |
| | ) | |
| Plaintiffs, | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| vs. | ) | |
| | ) | |
| INTERNATIONAL DATA SERVICES., et al. | ) | |
| | ) | |
| Defendants. | ) | |

GREGORY T. GRAB, ESQ., attorney for Defendants, informed the court on August 23, 2006 that he does not desire to have Defendants' Exhibits 20 through 28 returned to him.

The exhibits have been destroyed.

Submitted by: David H. Hisashima, Courtroom Manager