IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CATHERINE K. KING, et al. | ) | CV. 01-00380HG-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| INTERNATIONAL DATA SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

JOHN H. PAER, ESQ., attorney for Plaintiffs, informed the court on August 25, 2006 that he does not desire to have Plaintiffs' Exhibits 1 through 7 returned to him.

The exhibits have been destroyed.

Submitted by: David H. Hisashima, Courtroom Manager